IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **RANDALL D. ROTH,** | CASE NO. 4:09CV3054 |
| **Plaintiff,** | |
| v. | ORDER |
| **MICHAEL J. ASTRUE, as Commissioner of the Social Security Administration,** | |
| **Defendant.** | |

This matter is before the Court on the Plaintiff's Unopposed Motion to Extend Time to File Plaintiff's Brief (Filing No. 13). The Plaintiff requests an extension of time to file his brief from July 16, 2009, to August 21, 2009. (Filing No. 13.) In his Motion, the Plaintiff informs the Court that the Defendant has no objection to the Plaintiff's request for such an extension of time. (Filing No. 13.) Thus, the Court finds the Plaintiff's Motion should be granted.

Accordingly,

IT IS ORDERED:

1. The Plaintiff's Unopposed Motion to Extend Time to File Plaintiff's Brief (Filing No. 13) is granted;

2. The Plaintiff shall file his brief on or before August 21, 2009;

3. The Defendant shall file its brief on or before September 21, 2009; and

4. This case will be ripe for decision on September 22, 2009.

Dated this 16th day of July, 2009.

BY THE COURT:

                                                                    s/Laurie Smith Camp
                                                                    United States District Judge