IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **RANDALL D. ROTH,** | ) | CASE NO. 4:09CV3054 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| **MICHAEL J. ASTRUE, Commissioner** | ) | |
| **of the Social Security Administration,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Plaintiff's Unopposed Motion to Extend Time to File Plaintiff's Brief (Filing No. 18). The Plaintiff requests an extension of time to file his brief from September 9, 2009, to October 9, 2009. The motion is granted.

IT IS ORDERED:

1. The Plaintiff's Unopposed Motion to Extend Time to File Plaintiff's Brief (Filing No. 18) is granted;

2. The Plaintiff must file his brief on or before October 9, 2009;

3. The Defendant must file his brief on or before November 9, 2009; and

4. This case will be ripe for decision on November 10, 2009.

DATED this 9th day of September, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge