IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RANDALL D. ROTH, ) | CASE NO. 4:09CV3054 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| MICHAEL J. ASTRUE, Commissioner ) | |
| of the Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on the Plaintiff's Unopposed Motion to Extend Time to File Plaintiff's Brief (Filing No. 20). The Plaintiff requests an extension of time to file his brief from October 9, 2009, to October 19, 2009. This is Plaintiff's fourth motion to extend. Absent exigent circumstances, the Court will not grant further extensions for Plaintiff. The motion is granted.

IT IS ORDERED:

1. The Plaintiff's Unopposed Motion to Extend Time to File Plaintiff's Brief (Filing No. 20) is granted;

2. The Plaintiff must file his brief on or before October 19, 2009;

3. The Defendant must file his brief on or before November 19, 2009; and

4. This case will be ripe for decision on November 20, 2009.

DATED this 14th day of October, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge